IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK L. STIEFEL,

      Plaintiff,

vs.                                2:14-cv-00899-JCH-LF

SOCIAL SECURITY ADMINISTRATION,
CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 23, 2015 (Doc.35).  The proposed findings notify the parties of their ability to file objections within fourteen (14) days. and that failure to do so waives appellate review.  To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 35) is ADOPTED;

2.     Plaintiff's Motion to Remand (Doc. 25) is GRANTED, and this matter is remanded to the Commission for further proceedings.

3.     A final order is entered concurrently herewith.

                                            _____
                                            UNITED STATES DISTRICT JUDGE